WILLIAM BARBER, Appellant, *v.* A. SCHRADER'S SON, INCORPORATED, Respondent.

*Accounting — royalties — action for accounting of royalties under license to manufacture patented devices.*

Barber v. *Schrader's Son, Inc.*, 215 App. Div. 785, affirmed.
(Argued February 28, 1927; decided March 29, 1927.)

APPEAL from a judgment, entered October 18, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, modifying and affirming as modified an interlocutory judgment entered upon a decision of the court on trial at Special Term, in an action for an accounting of royalties claimed by plaintiff to be due under a written contract whereby defendant was licensed to manufacture certain devices embodying an invention covered by a patent issued to the plaintiff.

*Louis R. Bick* and *Samuel E. Darby* for appellant.

*Frank M. Avery, Franklin G. Manley* and *Talbot M. Malcolm* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY C. MIDDENDORF, as Administratrix of the Estate of FRANK X. MIDDENDORF, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Negligence — railroads — pedestrian killed by street railway car while crossing street — contributory negligence.*

Middendorf v. *International Ry. Co.*, 218 App. Div. 218, affirmed.
(Argued February 28, 1927; decided March 29, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 18, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's